THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION           PLAINTIFF

and

MARSHONNA LLOYD           INTERVENOR PLAINTIFF

v.           Case No. 4:19-cv-00718-KGB

PEI WEI ASIAN DINER, LLC, doing business as PEI WEI
FRESH KITCHEN           DEFENDANT

## ORDER

This is an employment-discrimination case. On October 15, 2019, plaintiff Equal Employment Opportunity Commission filed a complaint against defendant Pei Wei Asian Diner, LLC, doing business as Pei Wei Fresh Kitchen, alleging violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, and Title I of the Civil Rights Act of 1991, 42 U.S.C. § 1981 *et seq.* (Dkt. No. 1). On November 12, 2019, plaintiff-intervenor Marshonna Lloyd filed a motion to intervene (Dkt. No. 4), which the Court granted on December 3, 2019 (Dkt. No. 9). Ms. Lloyd filed her complaint in intervention on December 5, 2019 (Dkt. No. 10). On January 30, 2020, counsel for the parties communicated with the Court to report that they have reached an agreement that will resolve this case and attached for the Court's consideration a consent decree signed by all three parties to this litigation. A copy of the consent decree is attached as Exhibit A to this Order.

Accordingly, the Court hereby adopts and approves the consent decree attached hereto. The Court dismisses this case with prejudice and retains jurisdiction to enforce the consent decree's terms.

It is so ordered this 3rd day of February, 2020.

_____
Kristine G. Baker
United States District Judge